This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-41877**

**MATT COHEN,**

Plaintiff-Appellant,

v.

**CONGREGATION ALBERT OF ALBUQUERQUE, NEW MEXICO,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Daniel E. Ramczyk, District Court Judge**

Jennings Haug Keleher McLeod Waterfall LLP
Thomas C. Bird
Albuquerque, NM

for Appellant

Sutin, Thayer & Browne, APC
Alexander G. Elborn
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**HENDERSON, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}    IT IS SO ORDERED.**

**SHAMMARA H. HENDERSON, Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**KATHERINE A. WRAY, Judge**